Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

FILED
IN CLERKS OFFICE

### MICV2004-01485
### Morey, DVM v Healthy Pet Corporation of Massachusetts et al

2004 MAY 26 P 12:

U.S. DISTRICT COURT
DISTRICT OF MASS.

| File Date | 04/07/2004 | Status | Disposed: transferred to other court (dtrans) |
|---|---|---|---|
| Status Date | 05/10/2004 | Session | L2 - Cv time-stan 2 (Lowell) |
| Origin | 1 | Case Type | A01 - Services, labor materials |
| Lead Case | | Track | F |

| Service | 07/06/2004 | Answer | 09/04/2004 | Rule12/19/20 | 09/04/2004 |
|---|---|---|---|---|---|
| Rule 15 | 09/04/2004 | Discovery | 02/01/2005 | Rule 56 | 03/03/2005 |
| Final PTC | 04/02/2005 | Disposition | 06/01/2005 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Peter Morey, DVM
Active 04/07/2004

**Private Counsel** 555199
Frank C Muggia
Frank C Muggia & Associates
6438 West Quaker Street
Orchard Park, NY 14127
Phone: 716-657-9700
Fax: 716-667-9711
Active 04/07/2004 Notify

**Private Counsel** 561543
Susan Johnson Bowen
Warren Hensley & Bowen
185 Devonshire Street
Suite1000
Boston, MA 02110-1410
Phone: 617-542-4130
Fax: 617-542-4131
Active 04/14/2004 Notify

**Defendant**
Healthy Pet Corporation of Massachusetts
Served: 04/14/2004
Answered: 04/29/2004
Answered 04/29/2004

**Private Counsel** 552379
Catherine E Reuben
Robinson & Cole LLP
1 Boston Place
25th floor
Boston, MA 02108-4404
Phone: 617-557-5900
Fax: 617-557-5999
Active 04/26/2004 Notify

**Defendant**
Healthy Pet Corporation
Served: 04/14/2004
Answered: 04/29/2004
Answered 04/29/2004

*** See Attorney Information Above ***

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 04/07/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 04/07/2004 | | Origin 1, Type A01, Track F. |

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

### MICV2004-01485
### Morey, DVM v Healthy Pet Corporation of Massachusetts et al

| Date | Paper | Text |
|---|---|---|
| 04/07/2004 | 2.0 | Plaintiff Peter Morey, DVM's MOTION for Preliminary Injunction |
| 04/07/2004 | 3.0 | Memorandum of Law in support of Dr, Peter Morey's motion for preliminary injunction. |
| 04/07/2004 | 3.1 | Affidavit of Dr. Peter L. Morey |
| 04/07/2004 | 4.0 | Plaintiff Peter Morey, DVM's ex parte emergency MOTION for short order of notice. |
| 04/07/2004 | 5.0 | 2 Summons and order of notice issued; returnable April 14, 2004 at 2:00 pm in Lowell 2. |
| 04/14/2004 | | Hearing on (P#2) Preliminary Injunction held, matter taken under advisement. (Jane Haggerty,Justice) |
| 04/14/2004 | 6.0 | SERVICE RETURNED: Summons and Order of Notice on Healthy Pet Corporation of Massachusetts (Defendant) filed in Court with proof of service in. hd. 4/9/04. |
| 04/14/2004 | | SERVICE RETURNED: Summons and Order of Notice on Healthy Pet Corporation (Defendant) filed in Court with proof of service in hd. on 4/9/04. |
| 04/14/2004 | 7.0 | Opposition of Defendants to Plaintiff's Motion for Preliminary Injunction filed in Court. |
| 04/14/2004 | 8.0 | Memorandum of Defendants in Opposition to Plaintiff's Motion for Preliminary Injunction filed in Court. |
| 04/14/2004 | 9.0 | Affidavit of Gino Volpacchio filed in Court. |
| 04/14/2004 | 10.0 | Affidavit of Cheryl Sonick filed in Court. |
| 04/15/2004 | | Complaint P#1. After hearing and review of the submissions, the request for a Preliminary Injunction is DENIED as there is no demonstration of success on the merits. (S. Jane Haggerty, Justice). notices mailed April 15, 2004. |
| 04/29/2004 | 11.0 | ANSWER: Healthy Pet Corporation of Massachusetts(Defendant) |
| 04/29/2004 | | ANSWER: Healthy Pet Corporation(Defendant) |
| 05/10/2004 | 12.0 | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 04/14/2004 | Cv time-stan 2 (Lowell) | Motion/Hearing: prel inj Denied. (Haggerty, J.). | Event held as scheduled |

case01 193575 y y y y y y

# Commonwealth of Massachusetts
## County of Middlesex
### The Superior Court

I, , **Assistant Clerk** of the Superior Court of the Commonwealth of Massachusetts within and for said County of Middlesex, do certify that the papers hereto annexed are true pleadings in case No. **MICV2004-01485** entered in the Superior Court on **04/07/2004.**

**IN TESTIMONY WHEREOF,** I hereunto set my hand and affix the seal of said Superior Court, at said Lowell this 17th day of May, in the year of our Lord 2004



Michael M Brennan
Assistant Clerk of the Courts

us houle


FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE COUNTY OF MIDDLESEX
MAY 10 2003

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER MOREY, D.V.M. | ) |
| Plaintiff, | ) |
| v. | ) 04-10924 JLT |
| HEALTHY PET CORP. OF MASSACHUSETTS AND HEALTHY PET CORP. | ) |
| Defendants. | ) |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(a), the Defendants, Healthy Pet Corp. of Massachusetts and Healthy Pet Corp. file this Notice to remove the above-captioned case to this Court. In support of removal, the Defendants respectfully state as follows:

1. Healthy Pet Corp. and Healthy Pet Corp. of Massachusetts are the Defendants in a civil action brought on or about April 6, 2004 in the Superior Court of Middlesex County, Massachusetts, identified as Peter Morey D.V.M. v. Healthy Pet Corp. of Massachusetts, et al., MLCV-2004-01485 (the "State Court Action").

2. A copy of the Complaint, which is the initial pleading setting forth the claims for relief upon which this action is based, was served upon the Defendants on April 8, 2004. This Notice of Removal is filed within thirty (30) days of notice upon the Defendants of this action and is timely filed pursuant 28 U.S.C. § 1446(b).

3. Removal of this action is proper under 28 U.S.C. § 1441(a) as it is a civil action brought in a state court, of which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1331. The plaintiff seeks relief under the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1961, a federal statute.

4.  Pursuant to 28 U.S.C. § 1446(d), notice of the filing of this Notice of Removal is being given to all parties in the State Court Action by filing a Notice of Filing Notice of Removal of Action, along with a copy of this Notice of Removal, in the State Court Action and by service upon all parties in accordance with applicable law.

5.  Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendants are attached hereto as Exhibit A. Pursuant to L.R. 81.1, Defendants will file in this Court, within thirty (30) days after filing this Notice of Removal, certified or attested copies of all records and proceedings in the Middlesex Superior Court and a certified or attested copy of all docket entries in the Middlesex Superior Court.

6.  Defendants reserve the right to raise all defenses and objections in this action after the action is removed to this Court.

Respectfully submitted,
**HEALTHY PET CORP. OF MASSACHUSETTS AND HEALTHY PET CORP.**,

By their attorneys,

Catherine E. Reuben  BBO#552379
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108
Tel 617-557-5916

Dated: May 10, 2004

### CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2004, I caused to be served a true and correct copy of the foregoing by first class mail, postage prepaid, addressed as follows:

Frank C. Muggia, Esq.
6438 W. Quaker Street
Orchard Park, New York  14127

Catherine E. Reuben

2