UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN -1  P 4: 02

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| PETER MOREY, D.V.M. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-CV-10924-JLT |
| HEALTHY PET CORP. OF MASSACHUSETTS AND HEALTHY PET CORP. | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS HEALTHY PET CORP. OF MASSACHUSETTS AND HEALTHY PET CORP.

Pursuant to Federal Rule of Civil Procedure 7.1 and Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, the defendant, Healthy Pet Corp. of Massachusetts states that it is a wholly-owned subsidiary of Healthy Pet Corp., which has no parent. The defendants further state that there are no publicly held corporations that have greater than a ten (10%) ownership interest in Healthy Pet Corp.

Respectfully submitted,
**HEALTHY PET CORP. OF MASSACHUSETTS AND HEALTHY PET CORP.**,

By their attorneys,

_____
Catherine E. Reuben  BBO#552379
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108
Tel 617-557-5916

Dated: May 28, 2004

BOST1-829107-1

CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2004, I caused to be served a true and correct copy of the foregoing by first class mail, postage prepaid, addressed as follows:

>   Frank C. Muggia, Esq.
>   6438 W. Quaker Street
>   Orchard Park, New York 14127

Catherine E. Reuben