# FRANK C. MUGGIA
## & ASSOCIATES, PLLC
### ATTORNEYS AT LAW

6438 West Quaker Street
Orchard Park, New York 14127
716-667-9700   Fax 716-667-9711

*FILED*
*2004 AUG -9 P 1: 54*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

August 5, 2004

United State District Court of Massachusetts
Court Clerk
1 Courthouse Way
Boston, MA 02210

RE: Peter Morey, DVM v. Healthy Pet
United State District Court, District of Massachusetts
Civil Action No.: 0410924JLT

Dear Sir or Madam:

The above referenced matter was removed from State Court to Federal Court. We have not received any Notice of a Scheduling Conference, and we would very much appreciate hearing from the Court regarding a proposed date.

We look forward to hearing from you.

Very truly yours,

FRANK C. MUGGIA

FCM:dmj

cc: Dr. Peter Morey