UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-CV-10924-NMG

PETER MOREY, D.V.M.
998 Bedford Road
Carlisle, MA 01741

      Plaintiff,

v.

HEALTHY PET CORPORATION OF
MASSACHUSETTS
998 Bedford Road
Carlisle, MA 01741

and

HEALTHY PET CORPORATION
1720 Post Road
Fairfield, CT 06430

      Defendant.

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for the Plaintiff, PETER MOREY D.V.M., in the above-captioned matter.

      PETER MOREY, D.V.M.,
      By his Attorney,

      _____
      FRANK C. MUGGIA, ESQ.
      BBO # 555199
      FRANK C. MUGGIA & ASSOCIATES
      6438 West Quaker Street
      Orchard Park, New York 14127
      (716) 667-9700

TO:  Catherine E. Reuben, Esq.
     Robinson & Cole, LLP
     One Boston Place
     Boston, MA 02108-4404

## CERTIFICATE OF SERVICE

I, Frank C. Muggia, do hereby certify that on the ____ day of September, 2004, a copy of the Notice of Appearance of Frank C. Muggia, Esq. was served upon the following:

Catherine E. Reuben, Esq.
Robinson & Cole, LLP
One Boston Place
Boston, MA 02108-4404

                                                         _____
                                                         FRANK C. MUGGIA, ESQ.
                                                         BBO # 555199
                                                         FRANK C. MUGGIA & ASSOCIATES
                                                         6438 West Quaker Street
                                                         Orchard Park, New York 14127
                                                         (716) 667-9700