UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
DOCKET NO.  04-CV-10924-NMG

|  |  |
|---|---|
| PETER MOREY, D.V.M., | ) |
|     Plaintiff | ) |
| | ) |
| V. | ) |
| | ) |
| HEALTHY PET CORPORATION OF MASSACHUSETTS AND HEALTHY PET CORPORATION, | ) |
|     Defendants | ) |

**JOINT REQUEST FOR SCHEDULING CONFERENCE**

The parties in the above referenced matter jointly request that the Court conduct a scheduling conference in this matter, pursuant to Local Rule 16.1.  As grounds for this request, the parties state that they would appreciate the Court's guidance with regard to discovery and other procedural matters.

BOST1-839561-1

|  |  |
|---|---|
|  | Respectfully submitted, |
| PETER MOREY, D.V.M. | HEALTHY PET CORP. OF MASSACHUSETTS AND HEALTHY PET CORP., |
| By his attorney, | By their attorneys, |
| /S/ | |
| Frank C. Muggia | Catherine E. Reuben  BBO#552379 |
| BBO # 555199 | David B. Wilson BBO#548359 |
| FRANK C. MUGGIA & ASSOCIATES | ROBINSON & COLE LLP |
| 6438 West Quaker Street | One Boston Place |
| Orchard Park, NY  14127 | Boston, MA  02108 |
| Tel 716-667-9700 | Tel 617-557-5916 |
| Dated: October 15, 2004 | Dated: October 15, 2004 |

CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2004, I caused to be served a true and correct copy of the foregoing by first class mail, postage prepaid, addressed as follows:

Frank C. Muggia, Esq.
6438 W. Quaker Street
Orchard Park, New York  14127

David B. Wilson