UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-CV-10924-NMG

PETER MOREY, D.V.M.
998 Bedford Road
Carlisle, MA 01741

    Plaintiff,

v.

HEALTHY PET CORPORATION OF
MASSACHUSETTS
998 Bedford Road
Carlisle, MA 01741

and

HEALTHY PET CORPORATION
1720 Post Road
Fairfield, CT 06430

    Defendant.

## CERTIFICATION

I, Frank C. Muggia, of Frank C. Muggia & Associates, PLLC, counsel for the Plaintiff, Dr. Peter Morey and Dr. Peter Morey, hereby represent that:

1.    the party and counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of litigation and (b) to consider the resolution of the litigation through the use of alternative dispute programs such as those outlined in local rule 16.4.

Dated: Orchard Park, New York
       November ___, 2004

_____
DR. PETER MOREY

_____
FRANK C. MUGGIA, ESQ.
BBO # 555199
FRANK C. MUGGIA & ASSOCIATES
6438 West Quaker Street
Orchard Park, New York 14127
(716) 667-9700

TO: Dave Wilson, Esq.
      Robinson & Cole, LLP
      One Boston Place
      Boston, MA 02108-4404

# CERTIFICATE OF SERVICE

I, Frank C. Muggia, do hereby certify that on the 22nd day of November, 2004, a copy of the Certification was served upon the following:

Dave Wilson, Esq.
Robinson & Cole, LLP
One Boston Place
Boston, MA 02108-4404

_____
Frank C. Muggia, ESQ.
BBO#554199
Frank C. Muggia & Associates
6438 West Quaker St.
Orchard Park, New York 14127
(716) 667-9700