UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.  04-CV-10924-NMG

| | |
|---|---|
| PETER MOREY, D.V.M., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| HEALTHY PET CORPORATION OF MASSACHUSETTS AND HEALTHY PET CORPORATION, | ) ) ) ) |
| Defendants. | ) ) |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of David B. Wilson of Robinson & Cole LLP, One Boston Place, Boston, MA 02108, as attorney for the defendants in the above-referenced matter.

    Respectfully submitted,
    HEALTHY PET CORP. OF MASSACHUSETTS AND HEALTHY PET CORP.,
    By their attorneys,

    __/s/ David B. Wilson_____
    David B. Wilson (BBO#548359)
    ROBINSON & COLE LLP
    One Boston Place
    Boston, MA  02108
    Tel 617-557-5916

Dated:  December 6, 2004

844405

- 2 -

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on December 6, 2004, I caused a true copy of the foregoing Notice of Appearance to be served via fax and first class mail addressed as follows:

      Frank C. Muggia, Esq.
      6438 W. Quaker Street
      Orchard Park, New York  14127

      _____
      David B. Wilson