UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-CV-10924-NMG

PETER MOREY, D.V.M.
998 Bedford Road
Carlisle, MA 01741

      Plaintiff,

v.

HEALTHY PET CORPORATION OF
MASSACHUSETTS
998 Bedford Road
Carlisle, MA 01741

and

HEALTHY PET CORPORATION
1720 Post Road
Fairfield, CT 06430

      Defendant.

## SCHEDULING CONFERENCE AGENDA

1. Discovery deadlines including:

    a. Party depositions
    b. Expert depositions
    c. Non-party depositions
    d. Expert discovery

2. Discovery deadline and final Pretrial Conference

3. Out of state depositions and corporate records of Healthy Pet

Dated: Orchard Park, New York
      November 29, 2004

DR. PETER MOREY,
By his Attorney,

_____
FRANK C. MUGGIA, ESQ.
BBO #555199
FRANK C. MUGGIA & ASSOCIATES
6438 West Quaker Street
Orchard Park, New York 14127
(716) 667-9700

TO:   Dave Wilson, Esq.
      Robinson & Cole, LLP
      One Boston Place
      Boston, MA 02108-4404

## CERTIFICATE OF SERVICE

I, Frank C. Muggia, hereby certify that on the 29 day of November, 2004, a copy of the Scheduling Conference Agenda was served upon the following:

Dave Wilson, Esq.
Robinson & Cole, LLP
One Boston Place
Boston, MA 02108-4404

 

FRANK C. MUGGIA, ESQ.
BBO # 555199
FRANK C. MUGGIA & ASSOCIATES
6438 West Quaker Street
Orchard Park, New York 14127
(716) 667-9700