# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER MOREY, D.V.M., )<br><br>    Plaintiff, )<br><br>vs. )<br><br>HEALTHY PET CORPORATION OF )<br>MASSACHUSETTS AND HEALTHY )<br>PET CORPORATION, )<br><br>    Defendants. )<br> ) | Civil Action No. 04-CV-10924-NMG |

## DEFENDANTS' RULE 16.1(D)(3) CERTIFICATION

Pursuant to the provisions of Local Rule 16.1(D)(3), defendants Healthy Pet Corporation of Massachusetts and Healthy Pet Corporation and their counsel hereby certify that they have conferred:

(a)    with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


**ROBINSON & COLE** LLP

_David B. Wilson_
David B. Wilson, BBO # 548359
One Boston Place
Boston, MA 02108-4404

DATED:  December 13, 2004


**HEALTHY PET CORPORATION OF**
**MASSACHUSETTS and HEALTHY**
**PET CORPORATION**

_Cheryl Sonick_
by:  Cheryl Sonick

845088

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2004, I caused to be served a true and correct copy of the foregoing addressed to:

Frank C. Muggia, Esq.     *Via Fax 716-667-9711*
Frank C. Muggia & Assoc.
6438 W. Quaker Street
Orchard Park, New York 14127

Kevin M. Hensley, Esq.     *Via Fax 617-542-4131*
Warren Hensley & Bowen
185 Devonshire Street, #1000
Boston, MA 02110

David B. Wilson

2