AO 458 (Rev. 5/85) Appearance

# United States District Court

———————————— DISTRICT OF ————————————

PETER MOREY

v.

HEALTHY PET

**APPEARANCE**

CASE NUMBER: 04-CV-10924-NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   the plaintiff,

Peter Morey

---

Date: 12/10/04

Signature: [signed]

Print Name: KEVIN HENSLEY

Address: WARREN, HENSLEY & BOWEN LLP
185 DEVONSHIRE ST #1000

City: BOSTON    State: MA    Zip Code: 02110

Phone Number: 617-542-4130

BBO# 554824