UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO: 04-CV-10924-NMG

*FILED IN CLERKS OFFICE*
*2005 JAN 25  P 3:24*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

---

PETER MOREY, D.V.M.
998 Bedford Road
Carlisle, MA 01741

     Plaintiff,

v.

HEALTHY PET CORPORATION OF
MASSACHUSETTS
998 Bedford Road
Carlisle, MA 01741

and

HEALTHY PET CORPORATION
1720 Post Road
Fairfield, CT 06430

     Defendant.

---

## STIPULATION

Now come the parties in the above matter and hereby stipulate to the dismissal of the Twelfth Cause of Action in the above matter relating to violations of 18 U.S.C. § 1961.

The remaining Causes of Action shall remain in full force and effect.

Dated: January 20, 2005

| | |
|---|---|
| PETER MOREY, D.V.M.,<br>By his Attorney, | HEALTHY PET CORPORATION,<br>By their Attorney, |
| *[signature]*<br>FRANK C. MUGGIA, ESQ.<br>BBO # 555199<br>FRANK C. MUGGIA & ASSOCIATES<br>6438 West Quaker Street<br>Orchard Park, New York 14127<br>(716) 667-9700 | *[signature]*<br>DAVE WILSON, ESQ.<br>BBO #<br>ROBINSON & COLE, LLP<br>One Boston Place<br>Boston, Massachusetts 02108-4404<br>(617) 557-5935 |

FILED
IN CLERKS OFFICE

## CERTIFICATE OF SERVICE

2005 JAN 25 P 3: 24

I, Frank C. Muggia, hereby certify that on the ___ day of January, 2005, a copy

U.S. DISTRICT COURT
DISTRICT OF MASS.

of the Stipulation was served upon the following:

Dave Wilson, Esq.
Robinson & Cole, LLP
One Boston Place
Boston, MA 02108-4404

_____
FRANK C. MUGGIA, ESQ.
BBO # 555199
FRANK C. MUGGIA & ASSOCIATES
6438 West Quaker Street
Orchard Park, New York 14127
(716) 667-9700