UNITED STATES DISTRICT COURT FILED
DISTRICT OF MASSACHUSETTS CLERKS OFFICE

DOCKET NO. 04-CV-10924-NMG
2005 DEC 13 A 11: 9

PETER MOREY, D.V.M.
998 Bedford Road
Carlisle, MA 01741

U.S. DISTRICT COURT
DISTRICT OF MASS.

        Plaintiff,

v.

HEALTHY PET CORPORATION OF
MASSACHUSETTS
998 Bedford Road
Carlisle, MA 01741

and

HEALTHY PET CORPORATION
1720 Post Road
Fairfield, CT 06430

        Defendant.

---

### JOINT MOTION TO CONTINUE THE PRETRIAL,
### TRIAL DATE AND DISCOVERY

    Now come the parties in the above matter and move this Court to continue the

Pretrial date currently set for December 15, 2005 at 3:00 p.m., the Trial date currently set

for February 6, 2006 at 9:00 a.m. and discovery.

    As grounds therefore, the parties state as follows:

    1.    Lengthy settlement negotiations have taken place but unfortunately no

        settlement has been achieved.

2.    Once it was determined that settlement was not possible, the parties

scheduled many depositions for December 19, 20 and 21, 2005 of various

parties of the Defendant and various former employees of the Defendant.

3.    This is the first request made to continue any dates, and it is necessary in

order to ensure that adequate discovery is conducted and the case can be

heard on its merits.

This is a joint Motion by all parties insofar as they believe it is in the best interest

of this case to have these dates continued.

WHEREFORE, the parties request the continuance of a minimum of 3 months in

order to complete their discovery and put themselves in a position to have a productive

Pretrial Conference and establish a Trial date.

Dated: Orchard Park, New York
      December   12, 2005

                               Plaintiff,
                               DR. PETER MOREY,
                               By his Attorney,

                               FRANK C. MUGGIA, ESQ.
                               BBO # 555199
                               FRANK C. MUGGIA & ASSOCIATES
                               6438 West Quaker Street
                               Orchard Park, New York 14127
                               (716) 667-9700

Defendant,
HEALTHY PET CORPORATION,
By its Attorney,


DAVID B. WILSON, ESQ.
BBO # 548359
ROBINSON & COLE, LLP
One Boston Place
Boston, MA 02108-4404
(617) 557-5935

## CERTIFICATE OF SERVICE

I, Frank C. Muggia, do hereby certify that on the 12th day of December, 2005, a

copy of the Joint Motion to Continue the Pretrial, Trial Date and Discovery was served

upon the following:

David B. Wilson, Esq.
Robinson & Cole, LLP
One Boston Place
Boston, MA 02108-4404

FRANK C. MUGGIA, ESQ.
BBO # 355199
FRANK C. MUGGIA & ASSOCIATES
6438 West Quaker Street
Orchard Park, New York 14127
(716) 667-9700