UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

DOCKET NO. 04-CV-10924-NMG

2006 APR 3 P 3: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

PETER MOREY, D.V.M.
998 Bedford Road
Carlisle, MA 01741

    Plaintiff,

v.

HEALTHY PET CORPORATION OF
MASSACHUSETTS
998 Bedford Road
Carlisle, MA 01741

and

HEALTHY PET CORPORATION
1720 Post Road
Fairfield, CT 06430

    Defendant.

## JOINT MOTION TO CONTINUE TRIAL DATE

Now come the parties in the above matter and state as follows:

This matter is currently set for Trial commencing May 15, 2006.

The parties have engaged in fruitful settlement discussions and are extremely close to a resolution.

Key depositions were not conducted while the parties addressed possible settlement. While the parties are very close to settlement, a decision has been made to conduct two additional depositions on May 11, 2006 at the Defendants' corporate

headquarters in Connecticut. Thereafter, the Defendant will be taking the deposition of the Plaintiff, Dr. Peter Morey.

It is respectfully requested that the Court continue the Trial until on or after July 15, 2006 so as to enable the parties to complete discovery and possibly obtain a settlement in the case.

Dated: Orchard Park, New York
       March     , 2006

                                            Plaintiff,
                                            DR. PETER MOREY,
                                            By his Attorney,

                                            _____
                                            FRANK C. MUGGIA, ESQ.
                                            BBO # 555199
                                            FRANK C. MUGGIA & ASSOCIATES
                                            6438 West Quaker Street
                                            Orchard Park, New York 14127
                                            (716) 667-9700

                                            Defendant,
                                            HEALTHY PET CORPORATION,
                                            By its Attorney,

                                            _____
                                            DAVID B. WILSON, ESQ.
                                            BBO # 548359
                                            ROBINSON & COLE, LLP
                                            One Boston Place
                                            Boston, MA 02108-4404
                                            (617) 557-5935

## CERTIFICATE OF SERVICE

I, Frank C. Muggia, do hereby certify that on the 31st day of March, 2006, a copy of the Joint Motion to Continue Trial Date was served upon the following:

David B. Wilson, Esq.
Robinson & Cole, LLP
One Boston Place
Boston, MA 02108-4404

FRANK C. MUGGIA, ESQ.
BBO #555199
FRANK C. MUGGIA & ASSOCIATES
6438 West Quaker Street
Orchard Park, New York 14127
(716) 667-9700