UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
PETER MOREY,                   )
     Plaintiff                 )
                               )
v.                             )     No. 04-CV-10924-NMG
                               )
HEALTHY PET CORP.              )
OF MASSACHUSETTS et al.,       )
     Defendants                )
_____)
```

**NOTICE OF CHANGE OF ADDRESS**

Please take notice of the following new address for undersigned counsel (telephone and fax numbers will remain the same):

**Warren, Hensley & Bowen LLP**
**33 Broad Street, Suite 800**
**Boston, MA 02109-4208**

The plaintiff,
by his attorney,

Date: June 13, 2006

/s/ Kevin Hensley
Kevin Hensley
BBO#554824
Warren, Hensley & Bowen LLP
33 Broad Street
Suite 800
Boston, MA  02109-4208
(617) 542-4130
kevin@attorneyswhb.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 13, 2006.

/s/Kevin Hensley