UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PETER MOREY, D.V.M., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-10924-NMG |
| | ) | |
| HEALTHY PET CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE GORTON

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On __September 26, 2006__, I held the following ADR proceeding:

      _____  SCREENING CONFERENCE      _____  EARLY NEUTRAL EVALUATION

      __X__  MEDIATION      _____  SUMMARY BENCH/JURY TRIAL

      _____  MINI-TRIAL      _____  SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer, except the plaintiff who was available by telephone.

The case was:

[ X ]  Settled.  Your clerk should enter a 30-day order of dismissal.

[ ]  There was progress.  A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

_____
_____


                                                             / s / Judith Gail Dein
                                                             Judith Gail Dein, U.S. Magistrate Judge

DATED:  September 26, 2006                          ADR Provider