UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Peter Morey, D.V.M.,
    Plaintiff

v.                                                Civil Action No. 04-10924-NMG

Healthy Pet Corp., et al.,
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

    The Court having been advised by ADR report on 9/26/06 that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within thirty (30) days to reopen the action if

settlement is not consummated.

                                                        By the Court,

                                                        /S/ Craig J. Nicewicz

9/29/06                                           _____
   Date                                                Craig J. Nicewicz
                                                       Courtroom Clerk