UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PETER MOREY, D.V.M.,**  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>  )<br>**HEALTHY PET CORPORATION OF**  )<br>**MASSACHUSETTS AND HEALTHY**  )<br>**PET CORPORATION,**  )<br>  )<br>Defendants.  )<br>  ) | Civil Action No. 04-CV-10924-NMG |

STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby dismiss the above-entitled action and all claims asserted therein, with prejudice and without costs, with all rights of appeal to be waived.

| | |
|---|---|
| *PETER MOREY, D.V.M.* | *HEALTHY PET CORPORATION OF MASSACHUSETTS AND HEALTHY PET CORPORATION,* |
| By his attorney, | By their attorneys, |
| /s/ Frank C. Muggia | /s/ David B. Wilson |
| Frank C. Muggia (BBO#555199) | David B. Wilson (BBO#548359) |
| *FRANK C. MUGGIA & ASSOCIATES* | *ROBINSON & COLE LLP* |
| 6438 W. Quaker Street | One Boston Place |
| Orchard Park, New York 14127 | Boston MA 02108 |
| Tel 716-667-9700 | Tel 617-557-5900 |

Dated: January 3, 2007

890204

CERTIFICATE OF SERVICE

      I hereby certify that on January 3, 2007 I caused to be served a true and correct copy of the foregoing electronically to:

      Frank C. Muggia, Esq.
      Frank C. Muggia & Assoc.
      6438 W. Quaker Street
      Orchard Park, New York 14127

      /s/ David B. Wilson